**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SARAH M. ROONEY,<br>　　　　Plaintiff | )<br>)<br>) |
| 　　　　　　v. | )　C.A. NO. 09-30163-MAP<br>) |
| COMMISSIONER MICHAEL J. ASTRUE,<br>　　　　Defendant | )<br>) |

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION WITH REGARD TO
PLAINTIFF'S MOTION TO REVERSE AND
DEFENDANT'S MOTION TO AFFIRM COMMISSIONER
(Dkt. Nos. 12, 14 & 17)

October 13, 2010

PONSOR, D.J.

In this action for judicial review of a final decision of the Commissioner of the Social Security Administration regarding Plaintiff's entitlement to Supplemental Security Income and Child's Insurance Disability Benefits, the court referred the parties' cross-motions to Magistrate Judge Kenneth P. Neiman for a report and recommendation.

On September 2, 2010, Judge Neiman issued his Report and Recommendation, to the effect that Plaintiff's motion should be denied and Defendant's motion should be allowed.

Judge Neiman's memorandum admonished the parties that any objections were due within fourteen days of the parties' receipt of the Report and Recommendation.  See Dkt. No. 17 at 15, n.2.  No objections have been filed.

Having reviewed the substance of the Report and Recommendation and finding it meritorious, and upon the absence of any objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 17). Plaintiff's motion to reverse the decision of the Commissioner (Dkt. No. 12) is hereby DENIED.  Defendant's motion for an order affirming the decision of the Commissioner (Dkt. No. 14) is hereby ALLOWED.  The clerk is ordered to enter judgment for Defendant.  This case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
U. S. District Judge